| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>JUSTIN D. PLEAN, Esq. (JP - 5835) | Order Filed on March 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Sunilbhai Shah**<br><br>  aka Sunil Bhai G. Shah<br><br>        Debtor,<br><br>**Jayaben Shah,**<br><br>        Joint Debtor. | CASE NO.: 17-10473-ABA<br><br>CHAPTER 7<br><br>HEARING DATE: March 21, 2017 at 10:00 am<br><br>JUDGE: Andrew B. Altenburg Jr. |

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: March 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtors:     Sunilbhai Shah aka Sunil Bhai G. Shah and Jayaben Shah
Case No.:    17-10473-ABA
Caption of Order:   **Order Vacating Automatic Stay**

___

Upon the motion of Robertson, Anschutz & Schneid, P.L., attorneys for Secured Creditor, AMALGAMATED BANK, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 498 Genista Avenue, Galloway, NJ 08205.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.