UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Sunilbhai Shah  
Jayaben Shah

Case No.: 17-10473  
Chapter: 7  
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __05/30/17__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | (1) 24 Theresa Court, Galloway, NJ - Value: $81,933.00<br>(2) 498 Genista Avenue, Galloway, NJ - Value $244,833.00 |
|---|---|

| Liens on property: | (1) Rushmore Loan - $100,621.00<br>(2) Ocwen Mortgage - $263,238.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee  
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10473-ABA
Sunilbhai Shah                                                            Chapter 7
Jayaben Shah
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2             Date Rcvd: Apr 18, 2017
                              Form ID: pdf905         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
```
db/jdb         #+Sunilbhai Shah,    Jayaben Shah,    24 Theresa Court,    Galloway, NJ 08205-3926
aty             +Andrew L. Miller,    Law Office of Andrew L. Miller,    1550 New Road,    Suite A,
                  Northfield, NJ 08225-1100
cr              +Amalgamated Bank,    Robertson, Anschutz, Schneid, P.L.,    6409 Congress Ave., Suite 100,
                  Boca Raton, FL 33487-2853
cr              +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
516700678        Aldous & Associates,    Attorneys at Law,    PO Box 171374,    Holladay, UT 84117-1374
516586177       +Atlantic County Sheriff's Office,    4997 Unami Blvd.,    Mays Landing, NJ 08330-2017
516586178        CACH, LLC,    PO Box 5980,    Denver, CO 80127
516586179       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
516700677       #Diamond Wireless,    200 Civic Center Dr,    Ste 202,    Sandy, UT 84070-4207
516586185     +++MNet Financial, Inc.,    95 Argonaut,    Suite 250,    San Diego, CA 92108
516586183       +Midland Funding, LLC,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516586186        OCWEN Mortgage,    PO Box 24738,    West Palm Beach, FL 33416-4738
516586187       +Pluese, Becker & Saltzman,    20000 Horizon Way,    # 900,    Mount Laurel, NJ 08054-4318
516700679       +Reliance Property Management, Inc.,    48 S. New York Road,    Galloway, NJ 08205-9676
516586188       +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
516586190      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Financial Services,    PO Box 5855,
                  Carol Stream, IL 60197-5855)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2017 22:15:12     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2017 22:15:08      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516586180       E-mail/Text: bankruptcy.bnc@ditech.com Apr 18 2017 22:14:47      Ditech Financial, LLC,
                  PO Box 6172,    Rapid City, SD 57709-6172
516586181       E-mail/Text: cio.bncmail@irs.gov Apr 18 2017 22:14:31      Internal Revenue Service,
                  Department of Treasury,    Attention: Bankruptcy Service,    PO Box 9052,
                  Andover, MA 01810-9052
516586182       E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2017 22:15:05      Midland Funding LLC,
                  PO Box 939019,    San Diego, CA 92193-9019
516586184      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2017 22:15:05      Midland Funding, LLC,
                  8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516586189      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:10      Synchrony Bank/HHGregg,
                  PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Apr 18, 2017
                               Form ID: pdf905          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin   Plean     on behalf of Creditor    Amalgamated Bank jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Miriam   Rosenblatt     on behalf of Creditor    Amalgamated Bank mrosenblatt@rasflaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```